Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_LAWRENCE C. BOYKIN SR._
*Your full name*

STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

v.

_F.B.O.P._
_FEDERAL BUREAU OF PRISONS_

Civil Action No.: _2:14-cv-17409_
*(To be assigned by the Clerk of Court)*

**FILED**
JUN -2 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

*Enter above the full name of defendant(s) in this action*

## I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Your Name: _LAWRENCE C. Boykin Sr._
        Inmate No.: _#12945-007_
        Address: _FCI Gilmer, P.O. Box 6000, Glenville, W.V. 26351_

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.    Name of Defendant: _U.S. Attorney M. Ehlers_

" _Much of the paperworks are not any thing but copy's them self's_ "

United States District Court      7      Northern District of West Virginia-2013

_I'm receiving the usual run around Treatment "Please" supersize check my papers_

Attachment A

Position: UNITED STATES ATTORNEY
Place of Employment: SUPERIOR COURT OF WASH., D.C.
Address: WASHINGTON, D.C. 20001

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: HE WAS THE ATT. WHOM BROUGHT THE CASE AGAINST ME IN OR ABOUT 9/25/91 SEXUAL MOLESTION "ALSO" WERE CERTIFICATE FOR EMERGENCY PAYMENT OF WITNESS FEE'S 16. ALL COPY'S IN THE COURT RECORD'S FOR SERVICE'S OF WITNESS PAYMENTS HE NEVER TOLD ANYONE OF THE DIFFERENT'S IN "MOLEST"

B.1  Name of Defendant: N. F. GONZALEZ  (202)434-8255
Position: ATTORNEY AT LAW
Place of Employment: WASH, D.C. 20004
Address: 601 PENNSYLVANIA AVE, NW SOUTH BUILDING-SUITE 900

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: I WAS BEING ORDERED TO COURT FOR MY KID'S, THIS TOOK PLACE IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA WHILE GOING TO COURT FOR MY SAID CHARGE." COURT RECORD'S WILL SHOW"

B.2  Name of Defendant: STATE OF NEW JERSEY
Position: FLORENCE TWP. MUNICIPAL COURT OFFICER LUNG
Place of Employment: FLORENCE TWP. POLICE DEPT.
Address: FLO TWP., BURLINGTON CO. N.J. 08518

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: ON Oct. 30, 1977 I WAS CHARGED W/ NJS.2A:17D, NJS.2A:170-36, PLEAD GUILTY BOTH COUNTS SENTENCE BUR. CO. JAIL 18 days CREDIT TIME SERVED + RELEASED IMMEDIATELY "WAS SAID TO HAVE MOLEST AND INTERFERE" "PAPERWORK IS COPYED" COURT DOCKET No. C-245-77 DIFFERENT KIND OF MOLEST

\* NOTHING SEXUAL

B.3 Name of Defendant: Computerized Criminal History Record
Position: State Bureau of Identification
Place of Employment: Division of State Police
Address: P.O. Box 7068, West Trenton NJ 08625

Was this Defendant acting under the authority or color of state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: CHARGE AGGRAV. ASS'T Pol. Off CIT/NJ 2A90-4 (103577), BUT, IT READS MOLEST AND INTERFERE (2A:170-29) ONCE AGAIN NOT SEXUAL, "WRONGFUL IMPRISONMENT"

B.4 Name of Defendant: United State Parole Commission
Position: Parole Commission
Place of Employment: U.S. Dept. of Justice
Address: 5550 Friendship Boulevard, CC, Maryland (Chevy Chase) 20815

Was this Defendant acting under the authority or color of state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: PICE OF STATEMENT: SINCE YOUR LAST HEARING YOU HAVE COMPLETED NO PROGRAMING THAT ADDRESSES

(CON)
ON OTHER PICE OF PAPER

---
United States District Court     9     Northern District of West Virginia-2013

THIS WAS FEB. 20, 2013 — NAME LAWRENCE C. BOYKIN
1. (con) Page 9  # 12845-007
COURT JACKET, INMATE PRISON JACKET AS WELL DCDC No: 251-384 Not thou boy
FREEDOM OF INFORMATION ACT.

BECAUSE YOU DO NOT ACCEPT RESPONSIBILITY FOR THE CRIMES FOR WHICH YOU HAVE CONVICTED. THIS INDICATES TO THE COMMISSION THAT YOU ARE NOT LIKELY TO MODIFY YOUR BEHAVIOR TO BE COMPLIANT WITH THE LAW.

THE COMMISSION FINDS THAT YOU REMAIN A RISK TO THE COMMUNITY AND YOU ARE NOT SUITABLE FOR RELEASE IN THE NEAR FUTURE.

"COPY TO INMATE"

F.M.C. — FEDERAL MEDICAL CENTER, ROCHESTER MN.
Now: 8/16/04 IN ROCHESTER MN. I SPOKE WITH PSYC. ABOUT A SEX OFFENDER'S PROGRAM. IN FORM: THE ONLY SEX OFFENDER TREATMENT PROGRAM IS AT FCI BUTNER. BOYKIN'S MEDICAL CONDITION MAKES HIM AN UNAPPROPRIATE CANDIDATE FOR THE S.O.T.P.

"FCI ALLENWOOD" * "COPYED ALREADY"
ALL THIS ACHIEVED IS P.O. BOX WHITE DEER, PA. 17887
AS WELL COMPLETED SEPT. 22, 13 (12 HR.) A.A. PROGRAMING, BREAKING BARRIERS 11/5/10 (30 HR.), PARENTING I, 4/1/10 (30 HR.), PARENTING II 9/1/10 (30 HR.), PARENTING III 11/28/10 (16 HR.), PARENTING III 9/28/11 (12 HR.) "AND NUMBERS OTHERS PROGRAMS"

* "COPYED ALREADY NOT SENDABLE"

I WAS CHARGED WITH SEXUAL ASSULTING MY STEPSON (MOLESTING) NOW DO TO (2A:170-29) SAME WORD DIFFERENT MEANINGS ALL THIS AND I'M STILL BEING HELD 30 DAYS - 6 MO. ENDED UP OVER 20 PLUS YEARS AND STILL COUNTING CAN I PLEASE GO HOME WHAT PRICE CAN YOU PUT ON THIS MISTAKE MY LIFE MY KIDS LIVES, MY PEOPLES LIFES HOW MUCH MORE BEFORE THIS MADNESS ENDS Lawrence [signature] #12845-007 PLEASE HELP ME!!

I WAS CHARGED IN R.I. PROVIDENCE POLICE DEPT. WITH 1 DE GREE CHILD MOLESTATION DEC. 11, 89, FEB. 26, 90 (NO TRUE BILL). I WROTE: THERESE M. CARON ATT. (401) 831-1889, 55 BRADFORD ST., SUITE 203

2.

On Feb. 26, 1990, you charge was reported out of the Grand Jury as "No True Bill." Basically, this means that the Grand Juror's, after hearing testimony found no probable cause to indict you on the charge. "Another copy can't send."

When I was charged in 9/26/91 with 6 count's 3 consective, 3 concurent of Child Molestion "(No Proof)" yet because of (3A:170-24) Not the same molest I was sent to prison. I never bucked I tryed to make the point clear "Different Wording" and was shut down again, and again, and again. I never took this to the Inmate Administrative Remedies I was shut down time after time, after time. Now it's getting (pipper) deeper I can't seem to talk to any one I'm being sent everywere but where you say. The Inmate Administrative Remedies I'm forced to file a 42 U.S.C. §1983 I'm being past around, steped over, just plain ignored. So I Am.
All this proof and I'm still locked up. Do the meth I'm Innocent!
Wrongful Imprisonment " "Thank you"

"Please Help me", the pain and angue is to great. I need your introvention.

Lawrence E. Boyd
# 12845-007
A1-119
L.C.I. Gilmer
P.O. Box 1000
Glenville, W.V. 26351-6000

"Please before it's to late"

As well 16 Certificate for Emergency Payment of Witness Fee's

Attachment A

*THE UNDERLYING CAUSE OF YOUR CRIMINAL BEHAVIOR IN FACT AT YOUR HEARING YOU STATED THAT YOU WOULD NOT TAKE THESE PROGRAMS (CON) ON ANOTHER PICE OF PAPERS*

B.5 Name of Defendant: PROVIDENCE POLICE DEPT.

Position: POLICE

Place of Employment: RHODE ISLAND (PROVIDENCE)

Address: SAME

Was this Defendant acting under the authority or color of state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: CASE ID 62-1989-7953 / 6D, 7, 2 DISP-CASE DISPOSED (CR) FILING DATE MON. DEC. 11, 89 DISPOSITION/DATE "NO TRUE BILL" 26/FEB/90 MORE WOOD FOR THE FIRE. "COPY NOT SENDABLE"

III. PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: FCI Gilmer

A. Is this where the events concerning your complaint took place?
☐ Yes ☒ No

If you answered "NO," where did the events occur?
YES & NO THE BDP

B. Is there a prisoner grievance procedure in the institution where the events occurred? ☒ Yes ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure? ☐ Yes ☒ No

D. If your answer is "NO," explain why not I WAS SENT EVERYWERE

Attachment A

*ELSE, THE CHARGE KEEPS ME FROM A FARE HEARING. THIS NEEDS YOUR INTERVENTION. "PLEASE"*

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☒ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit: *"Still WAITING"*

   Plaintiff(s):_____

   Defendant(s):_____

2. Court:_____
   *(If federal court, name the district; if state court, name the county)*

3. Case Number:_____

4. Basic Claim Made/Issues Raised: _____
   _____

5. Name of Judge(s) to whom case was assigned: _____

**Attachment A**

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?  ☐ Yes  ☒ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. To be release as well payment for mistake I've been locked up for 20 plus years as well medical help. I wanted the facts to come out

E. Did you exhaust available administrative remedies?  ☐ Yes  ☒ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. Wheelchaired My medical health is bad, I'm wheelchaired, can't walk Died two times, My Aspyrus wouldn't let me eat, Lupus, High Blood, No grip in left hand, sick check my med tracker Cataric's in eyes, Slow memory, Dippees Cronic Pain, Sickel Cell,

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: I was sentence by wording I was sentence 6 count's, all record's noting in prison record's as well court record's. "Molestion"

Supporting Facts: My Molestion is (Molest) 2A:170-89 Oct 30, 79 Court Docket No C-245-77 (Court Code No. 0392) New-Jersey Statute's Annotated Title 2A: Administration H. Twp. Burl. Co. Civil and Criminal Justice Complainant J. Bailing 2A:85 to 2A:End Nov. 17, 77 Burl. Co Pros. Office "Copy Not Sendable"

**Attachment A**

CLAIM 2: _Certificate for Emergency Payment of Witness Fees A178993, A190286, A181439, A181438, A181374, A181373, A181372, A181371, A181344, A190246, A190245, A190244, A190246, A190243, A181339, And A190220_ " Copy's Not Sendable"

Supporting Facts: _They State: I Am Not Being paid for any Service other than as a witness_
" They were paid to testify."

CLAIM 3: _I was forced to attend court for my other children while locked up!! For this crime: Superior Court of the District of Columbia Court Records, Attorney A.J. Gonzalez (202) 434-8255_

Supporting Facts: _This went on clean after Jan. 1, 2003 what child molester does this._
_Laurence & Precious Boykin_
_Docket N694-91 (file 139874) And N691-91 (file 189871)_
" Copy Not Sendable"

4/17/13
CLAIM 4: _U.S. Parole Commission Claims: You have since your last hearing you have completed no programing that would addresses the underlying cause of your criminal behavior. In fact at your last hearing, you stated that_

Supporting Facts: _you would not take these programs because you do not accept responsibility for the crimes for which you have been convicted. This indicates to the commission that you are not likely to modify your behavior to compliant with the law._

CLAIM 5: _The Commission finds that you remain a risk to the community and you are not suitable for release in the near future, in WhiteDeer (PEM) A.A. Programing (Sept. 23, 13)(12hr), Breaking Barrier's (11/5/13)(20hrs) Parenting 1,2,3,4_ (FCI Allenwood)
_fmc!_ 20hr, 20hr, 16hr, 12hr.

8/16/04 Supporting Facts: _But in Rochester MN. 8/16/04 I spoke with the Psyc. Dept. And tried to get this problem righted. The only sex offender treatment program is at FCI Butner. Boykin's medical condition makes him an inappropriate candidate for the S.O.T.P._

VI. **INJURY** _And a host of other's programs_ " Copy Already Can't Send"

---

**Attachment A**

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

*Bring this nightmare to an end as well payment for messing up my life for 20 plus years, and medically treat this boy with respect. my kid's, my people's, my life I want it back*

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

*Wrongful Imprisonment.*

*"I want my life back", "I would like to be freed of this," you tell me!! And I wish to be paid for this mistake*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FCI, Gilmer_ on _4/19/14_.
(Location) (Date)

_[signature]_
Your Signature

Attachment E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_LAWRENCE C. BOYKIN SR._
Your full name

v.  Civil Action No.: 2:14-CV-17409

_F.B.O.P._
_FEDERAL BUREAU OF PRISONS_

Enter above the full name of defendant(s) in this action

**Certificate of Service**

I, _LAWRENCE C. BOYKIN SR._ (your name here), appearing *pro se*, hereby certify that I have served the foregoing _42 USC § 1983_ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _5/5/14_ (insert date here):

(List name and address of counsel for defendant(s))

_Lawrence C. Boykin Sr._
(sign your name)